IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| EDWARD RAGELIS, JR. <br> PLAINTIFF | * <br> * <br> * |
| V. | * <br> * CASE NO. 4:19CV00166 SWW |
| THEODORE HAASE, individually and in his official capacity; CHARLES "DOC" HOLLADAY, individually and in his official capacity; PULASKI COUNTY SHERIFF'S OFFICE; and ERIC HIGGINS, in his official capacity, <br> DEFENDANTS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims arising under federal law are DISMISSED WITH PREJUDICE, Plaintiff's supplemental state law claim is DISMISSED WITHOUT PREJUDICE, and this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 3rd DAY OF MARCH, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE